■ JOHN F. SMITH et al., Respondents, v MARIJANE REILLY, Appellant. [926 NYS2d 838]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Smith, Peradotto, Lindley and Green, JJ.

■ NICOLE HERNANDEZ, as Administratrix of the Estate of CHARLES M. LEE, JR., Deceased and as Parent and Natural Guardian of the Person and Property of MATTHEW LEE, an Infant, Appellant, v TOWN OF HAMBURG et al., Respondents. [926 NYS2d 838]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENEDICT AGOSTINI, Appellant. [926 NYS2d 838]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ In the Matter of the Arbitration between ERIE INSURANCE COMPANY, Respondent and JOSHUA BOSS, Appellant. [926 NYS2d 838]——Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ ALTSHULER SHAHAM PROVIDENT FUNDS, LTD., Appellant, v GML TOWER LLC et al., Defendants, and the PIKE COMPANY, INC., et al., Respondents. [926 NYS2d 838]——Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Sconiers and Green, JJ.

■ EUGENE MARGERUM et al., Respondents, v CITY OF BUFFALO et al., Appellants. [926 NYS2d 838]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HELEN A. THOMAS, Appellant. [926 NYS2d 333]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael F. Pietruszka, J.-Unauthorized Use of a Vehicle, 3rd Degree.) Present—Scudder, P.J., Peradotto, Carni, Lindley and Green, JJ.